EK



FILED
2/11/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FC JUL 31 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ronald Eric Louden JR

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:18-cv-05242
Judge Jorge L. Alonso
Magistrate Judge Maria Valdez
PC9

Detectives - Carter vs and Guyer of the Evanston Police Dept. And unknown officers of the EPD. Cermak Health Services of Cook County Jail. North Shore - Evanston hospital - c/o Hall of CCDOC

Case No: _____
(To be supplied by the Clerk of this Court)

CCDOC Religious Services

CCDOC Jail (-Intake/medical staff)

Inmate-Grievance Dept.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:   **AMENDED COMPLAINT**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

  A. Name: Ronald Eric Louden JR
  B. List all aliases: Eric Sanders, Derrick Sanders
  C. Prisoner identification number: 20180608106
  D. Place of present confinement: Cook County Jail
  E. Address: P.O. Box 089002 Chicago, Il 60201

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Detective Carter
    Title: Law inforcement officer of EPD
    Place of Employment: 1454 Elmwood Evanston, Il 60201

  B. Defendant: Detective Guyer
    Title: Law Enforcement officer of the EPD
    Place of Employment: 1454 Elmwood, Evanston, Il 60201

  C. Defendant: Cermak health Services
    Title: Medical treatment facility of Cook County Jail
    Place of Employment: P.O. Box 089002 Chicago, Fl 60008

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2   Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *No Access Right Now*

B. Approximate date of filing lawsuit: *No Access Right Now*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Ronald E Cowden JR, Eric Sanders, Derrick Sanders*

D. List all defendants: *Tom Dart, Cook County Jail, Cermak health services, Stateville CC*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United States district court Northern District of Illinois Division*

F. Name of judge to whom case was assigned: *Ronald Guzman*

G. Basic claim made: *Monees*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Dismissed for warrant of prosecution*

I. Approximate date of disposition: *No Access Right Now*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1)

On 6-6-18 I Ronald Eric Cowden Jr was at or around the 2100 block of Wesley Ave in Evanston Illinois Minding My own buisness doing nothing illegal preparing a grilled meal outside for friends and family I was visiting. At the time, About 10:30 AM I was approached by detectives Carter and guyer whom are partners of EPD, they where accompanied by several (and later to be named) unknown officers. When Detective Carter noticed me he immediately started Aggressively walking towards my way while all the rest of the Law enforcement officers followed pursuit. I immediately started fearing my life because all of them had their hands on or near their service revolvers, I had no shirt on nor did I have any bulging pockets or any weapons on me to have officers of EPD show signs of aggressiveness towards me. Out of fear of my life I reached into my vehicle and dialed 911 so the dispacter will hear what was

4                                                                                                  Reviewed: 8/2013

②

going on. Detective Carter then Approached me And tried to take the phone out of my hand but I refused to let him take it And Ask why they where harassing me? He remained quiet while he physically grabbed me And push me Against my vehichle. I Asked Det. Carter why he was touching me And he didn't answer. By that time the other officers joined Det. Carter including Det Guyer in physically Assaulting me. I Asked did I have A warrant? Det Carter stated No. I Asked Det. Carter Did Someone call the police? He Stated no. I then was confused. I Am A mentally disabled Man who is on Social Security disability who's civil rights where being violated And didn't understand why I was being detained. They increased there force buy grabbing my Arms And very forcefully hand cuffed me behind the back (hence I had surgery on my right fore Arm where As I had 9 blood veins reconnected At St Francis hospital whereas when the forcefully Stretch my Arms and twisted my Arms All type of ways it inflamed my veins And it caused major And excusiating pain where As they eventually hand cuffed my wrists from the back it stopped blood cereulation in my right Arm

5

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like Monies of 25 Million And I would Also like to be financially compensated for punitive And mental health damages And physical Injuries And pain And suffering

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15 day of July, 20 18

Lonnel E Jornel Jr
(Signature of plaintiff or plaintiffs)

Ronald E Couden JR
(Print name)

2018 06 08 116
(I.D. Number)

2121 Dewey
Evanston, Il 60201
(Address)

6

Reviewed: 8/2013

Whereas my right arm went numb and my heart felt like it was going to explode. I repeatedly asked the officers to stop but they continued and next thing I know I went airborne from officers lifting my legs as I was handcuffed from the back while standing until officers picked me off my feet and threw me to the ground whereas I landed face first on a parking block where my car was parked whereas my mouth and face where and are still severely injured whereas my fronth teeth are majorly damaged, my front left tooth is more than half broken and majorly fractured my right front tooth is broken all the way to the root, A piece of my inside lip had to be cut because it was hanging out of my mouth, I initially passed out on the impact but fortunately I woke up with so much pain I wanted to die and remember shouting it out loud. I was still being held down to the ground by several officers on my stomach while they pinned me down some even with there feet, at which I just couldn't do anything but scream out and lash out in agony praying to God that this madness would stop. The Evanston Police dept then tazed me while I was cuffed on the ground, on my stomache, with no shirt on, unarmed, no warrant, whereas I saved my own life by removing the tacer peice out of my back because it was inside on my back near my hand wars because they increased the voltage and I surely would've possibly died because my veins felt like they where boiling and I already have vein pain from my surgery in 2007 at St Francis hospital, officers then placed a spit mask over my head whereas I was not able to breath because major blood was coming from my mouth and I could not breath in the mask because I have azma and my mouth and nose was covered in blood inside the mask and again I am an azma patient. I remember being put in an ambulance and I was took to north-shore hospital, but on the way to the hospital Evanston police officers continued

to violate me as I was cuffed from the sack and shackled at the legs to the Ambulance Gurnee as they search my buttocks or anus looking for drugs that I didn't have and or none was found for the matter, they also search inside of my drawers front section also checking under my penis and testicles and found nothing all while I was still bleeding with a mask on which I couldn't breath, I was screaming out for God and they told me to "Shut the fuck up" And Detectives started squeezing my testicles and choking me, I thought I was going to die, I remember passing out again and woke up briefly at the hospital, with doctors or nurses taking lost of tubes of blood from me, I started screaming and hollering because of the pain I felt all over. I was sedated by nurses and doctors, I learned later that while I was sedated they were treating me like an animal by the (EPD) all while the doctors and nurses looked the other way or left me alone with the "EPD") I am an Evanston resident and am familiar with staff who work at North Shore hospital in Evanston, Il. My investigators talked with security and other staff about me and the morning of June 6th of the incidents. My injuries require surgery and no surgery was done at Evanston hospital. I was detained at the Evanston Police Station for over 2 days, with open wounds to the mouth, back, shoulder. My back because of the tazer was Infected and probably will be permanently scared because I was also bitten by bugs during my 2 day stay at Evanston police station. North Shore hospital did not cover my wounds in bandages, so I was open to bugs and infections at which did happen. After 2 days of a so called investigation, I was charged and shipped to Skokie Courthouse on the morning of 6-3-18. I continued to have blackout/passouts throughout my time in the custody of the EPD and now CCDOC. The Skokie sheriffs almost didn't accept custody of me from the EPD do to my plain view Injuries. Although I was severely injured I did not want to go back to EPD lock up, where as I was already physically asualted by EPD and my mental state was of shock and despessing, and scared of my life and physical well being and pleas and cries of medical attention where to no avail. The Skokie for Sheriffs accepted me despite my injuries, and I thank God for that they save me from what seemed to be further torture and uncivil behavior towards my well being. The Sheriffs notified the court of my injuries and courtroom investigators came and took pictures of the plain view severe injuries, of my mouth (broken —

and fractured front teeth), back due to wounds from the police tazer and all sorts of kinds of bruises from the ⁵entry tight hand cuffs, wounds around my neck from getting choked with what was called a spit mask, and around the neck from officers hands from choking me. I was transferred to CCDOC Jail and entering the intake part I again passed out, never before have I had pass outs or blackouts of this kind to this extreme to this day. I told the intake medical staff about all of the injuries that I felt needed to be treated. I had a piece of flesh hanging from out of my mouth from my mouth injury, the intake medical staff cut the flesh but didnt treat my wound or other wounds properly or at all my mouth was later told by the dentist that I had oral infections and was prescised Amoxxociliian. I was not treated for any other wounds even after telling or advising CCDOC Intake medical staff or Cermaks dispensary for div-6. I also informed medical staff of my azma but still wasnt and still hasnt been giving my inhaler even though I have a long history of Azma, I also told Northshore hospital but they also didnt provide me an Inhaler, I was not treated for the infections in my open wounds from the police tAser by northshore, CCDOC Intake or Cermak Health Services at all while in custody at this present time. XRays where taking by div-6 dentist and the xrays confirmed that I have fractured and completely broken front teeth, some all the way to the root and nerves, I was proscribed Isuprophen for the pain but that didnt and still isnt doing any justize for me for that is all a dentist can priscibe I still havent been seen by a medical doctor since entering CCDOC on June 8th of 2018, only been seen by nurses that cant provide the proper medical care that Im entitled to. I have filled out several grievances and medical forms to no avail. I am in the Segragation Unit because of on my court date of 6-28-18 in Skokie I was having an Azma Attack when there was no C/O in the foyer where as my cellmate was pounding on the door to alert staff of my attack, he could see C/Os in the hall but they wasnt in the tier foyer, He continued to pound on the door and the inmate in the next cell asked what was going on, and he was told I was having an attack by my cell mate and he passed his personal inhaler that basizally saved my life, C/O Hall who was assigned to the housing unit Div-6-2D returned to the foyer over an hr after my attack, he told me he heard the banging

from the hallway but he didn't "give a fuck" because he was working 2 Housing units. I told him I was having an attack and needed my inhaler and other medical treatment, he said that he was about to open my cell for court but now he not opening "shit" because he was afraid of what he would do to me if he opened my cell. He told me I was full of shit and he aint about to do no extra paper work for me wanting medical treatment. C/O Hall has no regard for human life expecially for inmates "hence" I could've lost my life on this matter. Im told that C/O's are supposed to stay in the foyer or C/O office unless there is an emergency to security staff. This incident happened on what is called the "graveyard shift 11PM until 7AM" at aprox 4:30AM where as all inmates are locked in there cells so staff tend to sleep and congregate outside of there assigned tiers where as inmates have lost there lives in the past and still can and will in the near future. There is no way to notify any staff of any issue or problem of inmates well being if there is not one present on the deck office or foyer and even if they are there they dont care one way or the other by the time help comes or if they come at all it could be too late, and could be fatal to an inmate such as oneself. I am also a mental health patient that wasn't seen by a phych doctor that can prescibe medicine until almost 2 weeks after I was placed in CCDOC custody. That is another violation of my rights. It shouldnt take no longer than 24 hrs to recieve my kind of medication, the Phyclatrist prescribed me Giodone and benidril " both " substitutes for Xanex the medication I was prescibed in society, I have put in medical forms because the giodone has had major side effects on me irregular heart beats and passing out has become more frequent. Im told that Giodone is required a blood check every so often by medical staff but no one has checked anything about the medicine since prescibed and I have not seen a medical doctor since entering CCDOC on 6-8-2018 and it is now 7-15-18 its been well over a month and dispite my many grievances, court orders of medical and BCX or mental health evaluations nothing has been happening in my favor. I am on the saction tier Div-10 1D where as C/O Hall of Div 6 wrote me a bogus incident report the morning of my azma attack to cover his tracks, I am here on the sanction unit because of a bogus threats to staff incident report, he knew

That he could be in trouble and possibly lose his job. About the fact of the matter that I had an azma attack on his watch when he wasn't present, He is the one who threatened me and I was in the cell recovering from the attack, I was never a threat to him or anybody else but I recieved 14 days on the saction tier where as inmates cannot buy food products off the commissary "hence" I am a vegetarian and am also on a Dental Soft Diet because of my oral injuries that require surgery that Cook County Jail dentists dont provide, they only remove teeth, or clean teeth, they dont perform root canals or provide tooth replacements. I was told that by the dentist in div-6 who told me ("after" xrays and a check up") that I had broken and fractured teeth and oral infections in my mouth. I have pieces of my fractured teeth that I have saved as evidence that I keep with me, they are my front teeth both severely damaged that they require being removed and plus root canals and more. This is an issue that is permanent and nothing has been done. CCDOC Dentist told me that they can remove the fractured and broken front teeth but they can do nothing else "Root canal" Teeth replacements" I'm not so sure if I want CCDOC Dentist removing my teeth and my gums close, and without a root canal it can be infected while close and when I return to society they have to open my gums back up for root canals and replacements among other oral things that must be done. That is too harsh to sare, I would rather everything happens at once. I also have nerve damage and am still in pain as I write these words. I also havent been getting medicine for my vein pain, back pain, and constant headaches, and migrains, I was prescibed Dazapham and tylenol 3 for my medical issues in society. CCDOC does not prescribe any of the above but I am not even recieving substitutes, Please help in this matter, I pray that the courts hear this and read this matter and grant me my requests, thank you have a blessed day.

Sincerely

Ronald E Jones Jr

MR. Ronald Eric Bowden JR
P.O. Box 089002
Chicago, Illinois
60608





United States District Court
219 S. Dearborn Street
Chicago, Illinois
60604

1:18-cv-05242
Judge Jorge L. Alonso
Magistrate Judge Maria Valdez
PC9