# EXHIBIT A

*Louden v. Carter, et al.*
Case No. 18 CV 5242

Defendants' Motion to Dismiss Plaintiff's Complaint

```
        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 001

     PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 18CR0897501

     RONALD    E LOUDEN

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION
```

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

Charging the above named defendant with:

```
   720-5/24-1.7(A)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(A)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(A)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(A)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(A)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(A)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(a)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(a)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(a)            F X      ARMED HABITUAL CRIMINAL
   720-5/24-1.7(a)            F X      ARMED HABITUAL CRIMINAL
   720-5/12-3.05(d)(4)        F 2      AGG BATTERY/PEACE OFFICER
   720-5/24-1.6(a)(1)         F 2      AGG UUW/VEH/PREV CONVICTION
   720-5/24-1.6(a)(1)         F 2      AGG UUW/VEH/PREV CONVICTION
   720-5/24-1.6(a)(1)         F 2      AGG UUW/VEH/PREV CONVICTION
   720-5/24-1.6(a)(1)         F 2      AGG UUW/VEH/PREV CONVICTION
   720-5/24-1.6(a)(1)         F 2      AGG UUW/VEH/PREV CONVICTION
   720-5/24-1.6(a)(1)         F 2      AGG UUW/VEH/PREV CONVICTION
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(a)            F 3      FELON POSS/USE WEAPON/FIREARM
   720-5/24-1.1(A)            F 3      FELON POSS/USE WEAPON/FIR
   720-5/24-1.1(A)            F 3      FELON POSS/USE WEAPON/FIR
```
The following disposition(s) was/were rendered before the Honorable Judge(s):

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 18CR0897501

    RONALD    E LOUDEN

         CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/29/18 IND/INFO-CLK OFFICE-PRES JUDGE          07/09/18 1701
06/29/18 DRIVER LICENSE NUMBER
    DL ILL35072578146
07/09/18 TRANSFERRED TO SUBURBAN DIST            07/09/18 0200
07/09/18 PUBLIC DEFENDER APPOINTED
    HOOD, MICHAEL J.
07/09/18 PLEA OF NOT GUILTY
    HOOD, MICHAEL J.
07/09/18 DEFENDANT ARRAIGNED
    HOOD, MICHAEL J.
07/09/18 ADMONISH AS TO TRIAL IN ABSENT
    HOOD, MICHAEL J.
07/09/18 CONTINUANCE BY AGREEMENT                07/26/18 0297
    HOOD, MICHAEL J.
07/26/18 CONTINUANCE BY AGREEMENT                08/31/18 0297
    CERMAK
    HOOD, MICHAEL J.
08/31/18 BEHAVIOR CLINIC EXAM ORDERED            10/17/18 0297
    HOOD, MICHAEL J.
08/31/18 CONTINUANCE BY AGREEMENT                10/17/18 0297
    HOOD, MICHAEL J.
10/17/18 CONTINUANCE BY AGREEMENT                11/26/18 0297
    HOOD, MICHAEL J.
11/26/18 DEFENDANT IN CUSTODY
    HOOD, MICHAEL J.
11/26/18 CONTINUANCE BY AGREEMENT                01/09/19 0297
    HOOD, MICHAEL J.
01/09/19 CONTINUANCE BY AGREEMENT                02/20/19 0297
    HOOD, MICHAEL J.
02/20/19 DEFENDANT IN CUSTODY
    HOOD, MICHAEL J.
02/20/19 CONTINUANCE BY AGREEMENT                03/25/19 0297
    HOOD, MICHAEL J.
03/25/19 DEFENDANT IN CUSTODY
    HOOD, MICHAEL J.
03/25/19 CONTINUANCE BY AGREEMENT                05/14/19 0297
    HOOD, MICHAEL J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 18CR0897501

    RONALD     E LOUDEN

         CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/14/19 DEFENDANT IN CUSTODY
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C001
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C002
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C003
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C004
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C005
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C006
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C007
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C008
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C009
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C010
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C011
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C012
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C013
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C014
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C015
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C016
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C017
       GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                  C018
       GILLESPIE, ALEKSANDRA

```
           IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 004

     PEOPLE OF THE STATE OF ILLINOIS

                      VS                  NUMBER 18CR0897501

        RONALD    E LOUDEN

         CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/14/19 NOLLE PROSEQUI                    C020
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C021
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C022
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C023
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C024
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C025
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C026
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C025
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C026
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C027
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C028
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C029
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C030
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C031
      GILLESPIE, ALEKSANDRA
05/14/19 NOLLE PROSEQUI                    C032
      GILLESPIE, ALEKSANDRA
05/14/19 PLEA OF GUILTY                    C019
      GILLESPIE, ALEKSANDRA
05/14/19 JURY WAIVED
      GILLESPIE, ALEKSANDRA
05/14/19 FINDING OF GUILTY                 C019
      GILLESPIE, ALEKSANDRA
05/14/19 DEF SENTENCED ILLINOIS DOC        C019
            4 YRS
      GILLESPIE, ALEKSANDRA
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 18CR0897501

     RONALD    E LOUDEN

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/14/19 CREDIT DEFENDANT FOR TIME SERV
                    342 DYS
     GILLESPIE, ALEKSANDRA
05/14/19 ADMONISH-MANDATORY SUPV RELS
                1 YRS
     GILLESPIE, ALEKSANDRA
05/14/19 DEFENDANT FINED                  C019                    $     549
     GILLESPIE, ALEKSANDRA
05/14/19 DEF ADVISED OF RIGHT TO APPEAL
     GILLESPIE, ALEKSANDRA
05/14/19 CHANGE PRIORITY STATUS           M
     GILLESPIE, ALEKSANDRA
05/14/19 WARRANT QUASHED
     GILLESPIE, ALEKSANDRA
05/14/19 RECALL/EXEC SENT TO POLICE AGY

                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 06/04/19

                              _____
                                        DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY