UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Ronald Eric Louden Jr
                         Plaintiff,

v.                                                    Case No.: 1:18−cv−05242
                                                    Honorable Jorge L. Alonso

Kenneth Carter, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 25, 2022:

      MINUTE entry before the Honorable Beth W. Jantz: Settlement conference held on 5/25/2022 via video. Parties reached a binding settlement agreement subject to approval by the Evanston City Council. The parties memorialized the settlement terms on the record. Defendants to provide a draft settlement agreement to Plaintiff by 6/3/2022. Defendants withdraw their previously filed Motions for a Protective Order [144] and [146] as moot without prejudice to renewal. Telephonic status hearing on settlement set for 7/6/2022 at 10:15 a.m. To join the telephone status hearing, dial 888−273−3658 and enter access code 2217918. The status hearing will be cancelled, and no one need call in, if a stipulation(s) to dismiss, either with prejudice or without prejudice but converting to prejudice on a date certain, is filed prior to the 7/6/22 hearing. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.